IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00180-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDRIVIA WELLS | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's Motion to Transport to a Funeral. (Doc. No. 39).

Title 18, United States Code, Section 3142(i) gives the Court authority to temporarily release a defendant, in the custody of a United States marshal or another appropriate person, for a compelling reason. The defendant is detained pending sentencing based on findings of danger to the community and risk of flight. (Doc. No. 9: Order at 2-3). She sought release from custody and transportation by the United States Marshal Service (USMS) to attend the funeral of her husband who died on January 3, 2021. (Doc. No. 39: Motion at 1). However, the instant motion was not filed until a few hours before the funeral was scheduled to begin on January 7, 2021, which has now passed.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **MOOT**.

Signed: January 12, 2021

Robert J. Conrad, Jr.
United States District Judge